IN THE US DISTRICT COURT, WESTERN DISTRICT, IN AND FOR THE STATE OF WASHINGTON

| | |
|---|---|
| **MELISSA LOWRY, ADAM ALZALDI, DWIGHT CHORNOMUD, MELISSA CUEVAS, PAMELA GIARRIZZO, CAROLE GRANT, CYNTHIA MEUSE, LATRONYA WILLIAMS**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**PROCTOR & GAMBLE COMPANY**<br><br>Defendant/Respondent | Cause No.:  **2:25-cv-00108-JHC**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**Complaint; Summons** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of January, 2025** at **1:56 PM** at the address of **4400 East Commons Way Suite 125, Columbus, Franklin County, OH 43219**; this declarant served the above described documents upon **Proctor & Gamble Company c/o CT Corporation System, Agent of Service** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System, Agent of Service**, **I delivered the documents to CT Corporation System, Agent of Service with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses and a beard.  Served Daylen Platt directly**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 2

For: **Hagens Berman Sobol Shapiro LLP <carrie@hbsslaw...**

Ref #: **11290.011**

Tracking #: **0156667615**

| PLAINTIFF/PETITIONER: | MELISSA LOWRY, ADAM ALZALDI, DWIGHT CHORNOMUD, MELISSA CUEVAS, PAMELA GIARRIZZO, CAROLE GRANT, CY... | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | PROCTOR & GAMBLE COMPANY | 2:25-cv-00108-JHC |

Service Fee Total: **$95.00**

Declarant hereby states under penalty of perjury under the laws of the State of Ohio that the statement above is true and correct.

Signed on _____ at **Columbus, Ohio**.

_____

**Sean Horujko**

