UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA LOWRY, ADAM ALZALDI, DWIGHT CHORNOMUD, MELISSA CUEVAS, PAMELA GIARRIZZO, CAROLE GRANT, CYNTHIA MEUSE, and LATRONYA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTOR & GAMBLE COMPANY,<br><br>Defendant. | No. 2:25-cv-00108-JHC<br><br>**STIPULATED MOTION AND ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT AND (2) SETTING BRIEFING SCHEDULE AND WORD LIMITS ON MOTION TO DISMISS** |

## **STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1. Under the Federal Rules, Defendant's deadline to answer or otherwise respond to the Complaint is February 18, 2025, absent an extension of time.

2. Defendant has asked Plaintiffs for additional time to respond to the Complaint, and Plaintiffs have agreed. The parties therefore stipulate to extend the deadline to answer or otherwise respond to the Complaint by 30 days, from February 18, 2025, to March 20, 2025.

3. In the event Defendant files a motion to dismiss, the parties have agreed to a briefing schedule on that motion as follows:

|   |   |   |
|---|---|---|
| Motion due: | March 20, 2025 |
| Opposition due: | April 18, 2025 |
| Reply due: | May 9, 2025 |

The noting date for any motion to dismiss will be May 9, 2025.

    4.    The parties also agree that good cause justifies an enlargement of the word limit on any motion to dismiss by Defendant. Plaintiffs' Complaint alleges almost 50 causes of action arising from common and statutory law from multiple states. The parties therefore propose the following modification of the Court's word limits under LCR 7(e)(3) for any motion to dismiss:

|   |   |
|---|---|
| Defendant's motion to dismiss: | 15,000 words |
| Plaintiffs' opposition: | 15,000 words |
| Defendant's reply: | 7,500 words |

SO STIPULATED this 13th day of February, 2025.

DAVIS WRIGHT TREMAINE LLP

*/s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
Nicholas A. Valera, WSBA # 54220
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
        nickvalera@dwt.com

*Attorneys for Defendant Proctor & Gamble Company*

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536
Catherine Y.N. Gannon (WSBA No. 47664)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
        catherine@hbsslaw.com

*Attorneys for Plaintiffs*

**ORDER**

The Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 14th day of February 2025.

John H. Chun
UNITED STATES DISTRICT JUDGE