UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA LOWRY LISA KOPECKI, MICHAEL DUNN, DAWN VAN DER STEEG, KELLEY RIVERS, ERNEST EASTER, JUBIN KWON, ANGELA BRYANT, GIA PASCARELLI, SHANNON WEISMAN, STUART BERGMAN, BRIAN HYMAS, and TRISHA NADEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 2:25-CV-00108-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: June 2, 2025 |

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1. On April 4, 2025, the Court entered the Stipulated Motion & Order Extending Deadline for Amended Complaint and 26(F) ("Order"). Dkt. 24. Under the Court's Order, Defendants' deadline to answer or otherwise respond to the Amended Complaint is June 5, 2025.

STIPULATED MOTION AND ORDER EXTENDING
TIME TO RESPOND TO AMENDED COMPLAINT
(Case No. 2:25-CV-00108-JHC) - 1

2. On May 28, 2025, Plaintiffs voluntarily dismissed several named plaintiffs, and Plaintiffs plan to dismiss certain claims in the coming days. *See* Dkts. 31–41. Given these changes to the Amended Complaint, the parties have agreed to a modest extension to afford Defendants additional time to respond.

3. The parties therefore stipulate to extend the deadline to answer or otherwise respond to the Amended Complaint by fifteen (15) days, from June 5, 2025, to June 20, 2025.

4. In the event Defendants file a motion to dismiss, the parties have agreed to a briefing schedule on that motion as follows:

Motion to Dismiss Due: June 20, 2025

Opposition Due: July 31, 2025

Reply Due: August 21, 2025

The noting date for any motion to dismiss will be August 21, 2025.


SO STIPULATED this 2nd day of June, 2025.

/s/ John Goldmark
John Goldmark, WSBA #40980
Nicholas Valera, WSBA #54220
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8068
Email: johngoldmark@dwt.com
Email: nickvalera@dwt.com

David J. Lender (*pro hac vice*)
Aaron J. Curtis (*pro hac vice* pending)
Elaina K. Aquila (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Email: david.lender@weil.com
Email: aaron.curtis@weil.com
Email: elaina.aquila@weil.com

David R. Singh (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP

STIPULATED MOTION AND ORDER EXTENDING
TIME TO RESPOND TO AMENDED COMPLAINT
(Case No. 2:25-CV-00108-JHC) - 2

201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Email: david.singh@weil.com

*Attorneys for Defendant Procter & Gamble Company*


*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Catherine Y.N. Gannon (WSBA No. 47664)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: catherine@hbsslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING
TIME TO RESPOND TO AMENDED COMPLAINT
(Case No. 2:25-CV-00108-JHC) - 3

**ORDER**

Pursuant to the parties' above stipulation, the deadline for Defendants to file their response to the Amended Complaint is extended to June 20, 2025; the deadline for Plaintiffs to file their opposition to any motion to dismiss is extended to July 31, 2025; and the deadline for Defendants to file its reply in support of any motion to dismiss is extended to August 21, 2025.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE